# Exhibit A

## EXHIBIT A DOE LIST

| | |
|---|---|
| **Doe # 1** | **IP Address:** 24.29.58.41 2007-07-04 20:44:36 EDT |
| **Doe # 2** | **IP Address:** 76.48.102.83 2007-07-06 18:17:00 EDT |
| **Doe # 3** | **IP Address:** 75.82.118.107 2007-07-16 22:31:27 EDT |
| **Doe # 4** | **IP Address:** 74.76.27.115 2007-07-31 21:30:48 EDT |
| **Doe # 5** | **IP Address:** 69.203.209.253 2007-07-31 22:10:37 EDT |
| **Doe # 6** | **IP Address:** 70.127.247.176 2007-08-02 01:12:40 EDT |
| **Doe # 7** | **IP Address:** 75.81.204.72 2007-08-08 04:03:29 EDT |
| **Doe # 8** | **IP Address:** 67.52.238.87 2007-08-08 23:40:09 EDT |
| **Doe # 9** | **IP Address:** 72.183.39.47 2007-08-09 04:21:47 EDT |
| **Doe # 10** | **IP Address:** 67.49.164.139 2007-08-13 22:33:18 EDT |
| **Doe # 11** | **IP Address:** 72.230.95.56 2007-08-14 01:30:20 EDT |
| **Doe # 12** | **IP Address:** 72.228.92.249 2007-08-16 00:53:41 EDT |
| **Doe # 13** | **IP Address:** 24.209.122.191 2007-08-16 22:54:34 EDT |
| **Doe # 14** | **IP Address:** 71.79.228.223 2007-08-18 21:34:48 EDT |
| **Doe # 15** | **IP Address:** 72.128.80.72 2007-08-19 00:59:46 EDT |
| **Doe # 16** | **IP Address:** 71.79.47.38 2007-08-19 10:26:09 EDT |
| **Doe # 17** | **IP Address:** 74.79.105.140 2007-08-19 15:06:41 EDT |
| **Doe # 18** | **IP Address:** 71.72.20.191 2007-08-19 15:54:16 EDT |
| **Doe # 19** | **IP Address:** 67.49.51.130 2007-08-19 23:14:16 EDT |
| **Doe # 20** | **IP Address:** 71.68.61.194 2007-08-19 23:51:02 EDT |

**Doe # 21**                    **IP Address:** 74.72.203.169 2007-08-20 23:10:42 EDT

**Doe # 22**                    **IP Address:** 75.185.207.2 2007-08-22 00:17:02 EDT

**Doe # 23**                    **IP Address:** 74.75.179.214 2007-08-27 00:35:04 EDT

**Doe # 24**                    **IP Address:** 75.178.89.193 2007-08-27 22:15:11 EDT

**Doe # 25**                    **IP Address:** 76.88.63.253 2007-08-28 01:21:57 EDT

**Doe # 26**                    **IP Address:** 71.43.83.92 2007-08-28 16:52:53 EDT

**Doe # 27**                    **IP Address:** 75.185.23.197 2007-08-28 22:13:37 EDT

**Doe # 28**                    **IP Address:** 76.167.119.187 2007-08-29 01:08:38 EDT

**Doe # 29**                    **IP Address:** 76.86.63.150 2007-08-29 02:37:17 EDT

**Doe # 30**                    **IP Address:** 70.124.18.46 2007-08-29 04:24:56 EDT

**Doe # 31**                    **IP Address:** 72.183.199.193 2007-08-29 07:03:42 EDT

**Doe # 32**                    **IP Address:** 69.132.14.253 2007-08-29 13:36:27 EDT

**Doe # 33**                    **IP Address:** 76.183.122.88 2007-08-30 18:41:52 EDT

**Doe # 34**                    **IP Address:** 24.24.89.170 2007-08-30 18:51:21 EDT

**Doe # 35**                    **IP Address:** 76.188.27.68 2007-09-01 01:30:16 EDT

**Doe # 36**                    **IP Address:** 71.74.114.80 2007-09-01 01:50:18 EDT

**Doe # 37**                    **IP Address:** 75.179.177.67 2007-09-01 17:13:03 EDT

**Doe # 38**                    **IP Address:** 24.165.140.112 2007-09-02 08:43:51 EDT

**Doe # 39**                    **IP Address:** 70.123.212.189 2007-09-03 15:26:10 EDT

**Doe # 40**                    **IP Address:** 24.208.192.182 2007-09-03 15:23:05 EDT

# EXHIBIT A

**IP Address:** 24.29.58.41 2007-07-04 20:44:36 EDT

**CASE ID#** 134966383

**P2P Network:** Gnutella

**Total Audio Files:** 318

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | Boyz II Men | End Of The Road | Legacy | 305-536 |
| BMG Music | Jim Brickman | If You Believe | By Heart: piano solos | 208-655 |
| BMG Music | Dave Matthews Band | Satellite | Under the Table and Dreaming | 285-688 |
| Atlantic Recording Corporation | Rob Thomas | Ever the Same | Something to Be | 373-876 |
| UMG Recordings, Inc. | Sum 41 | Still Waiting | Does This Look Infected? | 337-798 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Copperline | New Moon Shine | 135-070 |
| Arista Records LLC | Santana | Smooth | Supernatural | 289-833 |

# EXHIBIT A

**IP Address:** 76.48.102.83 2007-07-06 18:17:00 EDT

**CASE ID#** 135210016

**P2P Network:** AresWarez

**Total Audio Files:** 397

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Faith Hill | Like We Never Loved At All | Fireflies | 374-377 |
| BMG Music | Kenny Chesney | When the Sun Goes Down | When The Sun Goes Down | 341-104 |
| UMG Recordings, Inc. | 10 Years | Wasteland | The Autumn Effect | 376-935 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | Suga Suga | The One | 377-949 |
| UMG Recordings, Inc. | Natalie | Energy | Natalie | 374-395 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |
| Warner Bros. Records Inc. | Disturbed | Prayer | Believe | 316-958 |
| BMG Music | Kenny Chesney | How Forever Feels | Everywhere We Go | 263-302 |

# EXHIBIT A

**IP Address:** 75.82.118.107 2007-07-16 22:31:27 EDT          **CASE ID#** 136381994

**P2P Network:** Gnutella          **Total Audio Files:** 584

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Intocable | Contigo | Contigo | 267-756 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Somebody Already Broke My Heart | Lovers Rock | 298-354 |
| Fonovisa, Inc. | Banda El Recodo | Que Solo Estoy | De Parranda Con La Banda | 240-538 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | How To Deal | The One | 377-949 |
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| Zomba Recording LLC | Nivea | 25 Reasons | Nivea | 320-319 |
| Zomba Recording LLC | Ciara | And I | Goodies | 355-316 |
| Warner Bros. Records Inc. | Zapp | Spend My Whole Life | Zapp III | 53-370 |

# EXHIBIT A

**IP Address:** 74.76.27.115 2007-07-31 21:30:48 EDT          **CASE ID#** 137773417

**P2P Network:** Gnutella                                      **Total Audio Files:** 2715

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Kelly Clarkson | Miss Independent | Thankful | 355-313 |
| BMG Music | Diamond Rio | Unbelievable | Unbelievable | 181-311 |
| UMG Recordings, Inc. | Counting Crows | Black and Blue | Hard Candy | 321-021 |
| BMG Music | Kenny Chesney | I Lost It | Greatest Hits | 277-700 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| UMG Recordings, Inc. | Sheryl Crow | A Change Would Do You Good | Sheryl Crow | 245-347 |
| Warner Bros. Records Inc. | Faith Hill | If My Heart Had Wings | Breathe | 276-629 |
| UMG Recordings, Inc. | The All-American Rejects | Top Of The World | Move Along | 374-412 |
| UMG Recordings, Inc. | Nelly feat. Kelly Rowland | Dilemma | Nellyville | 315-537 |

# EXHIBIT A

**IP Address:** 69.203.209.253 2007-07-31 22:10:37 EDT          **CASE ID#** 137777375

**P2P Network:** Gnutella          **Total Audio Files:** 1118

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Mario | Just a Friend | Mario | 318-136 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| UMG Recordings, Inc. | 3 Doors Down | Let Me Go | Seventeen Days | 368-870 |
| UMG Recordings, Inc. | LL Cool J | Luv U Better | 10 | 322-861 |
| UMG Recordings, Inc. | Nelly | Country Grammer | Country Grammar | 281-782 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | How To Deal | The One | 377-949 |
| SONY BMG MUSIC ENTERTAINMENT | Omarion | O | O | 371-123 |
| BMG Music | Kelly Clarkson | Low | Thankful | 355-313 |
| LaFace Records LLC | Usher | How Do I Say | 8701 | 307-207 |

# EXHIBIT A

**IP Address:** 70.127.247.176 2007-08-02 01:12:40 EDT

**CASE ID#** 137922783

**P2P Network:** Gnutella

**Total Audio Files:** 1776

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Korn | Let's Get This Party Started | Issues | 276-133 |
| Capitol Records, Inc. | Yellowcard | Ocean Avenue | Ocean Avenue | 343-413 |
| Zomba Recording LLC | Bowling for Soup | Girl All the Bad Guys Want | Drunk Enough to Dance | 315-978 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| Arista Records LLC | Pink | Numb | M!ssundaztood | 326-672 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Warner Bros. Records Inc. | My Chemical Romance | Helena | Three Cheers for Sweet Revenge | 360-197 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | I Am the Highway | Audioslave | 322-103 |
| Elektra Entertainment Group Inc. | Vitamin C | Graduation (Friends Forever) | Vitamin C | 278-227 |
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |

# EXHIBIT A

**IP Address:** 75.81.204.72 2007-08-08 04:03:29 EDT          **CASE ID#** 138459295

**P2P Network:** Gnutella                                      **Total Audio Files:** 1038

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| BMG Music | Martina McBride | Cheap Whiskey | The Time Has Come | 143-589 |
| UMG Recordings, Inc. | Patsy Cline | Crazy | Heartaches | 80-467 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Heavier Things | 371-126 |
| UMG Recordings, Inc. | Ludacris | Get Back | The Red Light District | 364-863 |
| Warner Bros. Records Inc. | Randy Travis | Promises | Old 8 x 10 | 94-247 |
| UMG Recordings, Inc. | Bon Jovi | I'd Die for You | Slippery When Wet | 71-794 |
| BMG Music | Kelly Clarkson | Gone | Breakaway | 352-147 |
| UMG Recordings, Inc. | Godsmack | Dead and Broken | Faceless | 329-097 |
| BMG Music | Brad Paisley | Mud on the Tires | Mud on the Tires | 336-114 |

# EXHIBIT A

**IP Address:** 67.52.238.87 2007-08-08 23:40:09 EDT          **CASE ID#** 138510592

**P2P Network:** Gnutella          **Total Audio Files:** 1093

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Capitol Records, Inc. | Beastie Boys | Sure Shot | Ill Communication | 213-461 |
| UMG Recordings, Inc. | Bryan Adams | Please Forgive Me | So Far So Good | 206-509 |
| UMG Recordings, Inc. | Josh Turner | In My Dreams | Long Black Train | 344-336 |
| Atlantic Recording Corporation | Matchbox 20 | Push | Yourself or Someone Like You | 227-755 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| Elektra Entertainment Group Inc. | Eagles | The Long Run | The Long Run | 13-182 |
| Capitol Records, Inc. | Beastie Boys | Ch-Check It Out | To the 5 Boroughs | 360-352 |
| Warner Bros. Records Inc. | Less Than Jake | Look What Happened | Anthem | 346-141 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| **DOCKET NO.** | **DATE FILED** | |

| PLAINTIFF<br>PRIORITY RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 40 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

**IP Address:** 72.183.39.47 2007-08-09 04:21:47 EDT          **CASE ID#** 138532549

**P2P Network:** Gnutella          **Total Audio Files:** 1572

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | A Perfect Circle | Passive | Emotive | 375-835 |
| UMG Recordings, Inc. | Hinder | Better Than Me | Extreme Behavior | 379-192 |
| Warner Bros. Records Inc. | Depeche Mode | Enjoy the Silence | Violator | 117-407 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Daughter | Vs. | 207-219 |
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| UMG Recordings, Inc. | Godsmack | Awake | Awake | 293-376 |
| UMG Recordings, Inc. | U2 | Discotheque | Pop | 232-740 |
| UMG Recordings, Inc. | U2 | Bad | The Unforgettable Fire | 72-483 |

## EXHIBIT A

**IP Address:** 67.49.164.139 2007-08-13 22:33:18 EDT       **CASE ID#** 139066408

**P2P Network:** Gnutella                                    **Total Audio Files:** 2295

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Crime Mob | Knuck if You Buck | Knuck If You Buck (single) | 364-439 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Blink-182 | I Miss You | Blink-182 | 345-359 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| Elektra Entertainment Group Inc. | The Cars | Shake It Up | Shake It Up | 32-055 |
| UMG Recordings, Inc. | Ja Rule | Between Me And You | Rule 3:36 | 270-080 |
| SONY BMG MUSIC ENTERTAINMENT | Los Lonely Boys | Velvet Sky | Los Lonely Boys | 352-465 |

# EXHIBIT A

**IP Address:** 72.230.95.56 2007-08-14 01:30:20 EDT          **CASE ID#** 139080768

**P2P Network:** Gnutella          **Total Audio Files:** 1147

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Alive | Ten | 137-787 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | Common | The Light | Like Water For Chocolate | 279-993 |
| SONY BMG MUSIC ENTERTAINMENT | Chevelle | Send the Pain Below | Wonder What's Next | 324-184 |
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Body Rott | Art of War | 240-553 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Dead | Issues | 276-133 |
| Arista Records LLC | Outkast | The Way You Move | Speakerboxxx/The Love Below | 340-520 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Don't Stop 'Til You Get Enough | Off the Wall | 11-120 |
| Zomba Recording LLC | R. Kelly | Slow Wind | TP.3 Reloaded | 375-213 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |

# EXHIBIT A

**IP Address:** 72.228.92.249 2007-08-16 00:53:41 EDT             **CASE ID#** 139313734

**P2P Network:** Gnutella                                         **Total Audio Files:** 1585

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | A Perfect Circle | The Outsider | Thirteenth Step | 341-312 |
| UMG Recordings, Inc. | Nine Inch Nails | The Hand That Feeds | With Teeth | 374-159 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Daughter | Vs. | 207-219 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace: Vol. 2 | 287-151 |
| UMG Recordings, Inc. | Blink-182 | Always | Blink-182 | 345-359 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | The Warmth | Make Yourself | 278-818 |
| Interscope Records | Eminem | Mosh | Encore | 364-769 |

# EXHIBIT A

**IP Address:** 24.209.122.191 2007-08-16 22:54:34 EDT

**CASE ID#** 139420157

**P2P Network:** Gnutella

**Total Audio Files:** 3625

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| Elektra Entertainment Group Inc. | Keith Sweat | Nobody | Keith Sweat | 226-496 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| UMG Recordings, Inc. | Mariah Carey | Shake It Off | The Emancipation of Mimi | 370-795 |
| Zomba Recording LLC | Backstreet Boys | Climbing The Walls | Never Gone | 365-999 |
| Warner Bros. Records Inc. | Disturbed | Stricken | Ten Thousand Fists | 380-289 |
| UMG Recordings, Inc. | Brian McKnight | Love Of My Life | Superhero | 301-470 |
| Warner Bros. Records Inc. | My Chemical Romance | The Ghost Of You | Three Cheers for Sweet Revenge | 360-197 |

# EXHIBIT A

**IP Address:** 71.79.228.223 2007-08-18 21:34:48 EDT          **CASE ID#** 139579952

**P2P Network:** AresWarez          **Total Audio Files:** 279

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Faith Hill | Like We Never Loved At All | Fireflies | 374-377 |
| SONY BMG MUSIC ENTERTAINMENT | Miranda Lambert | Kerosene | Kerosene | 367-710 |
| SONY BMG MUSIC ENTERTAINMENT | George Jones | I'm a One Woman Man | One Woman Man | 101-829 |
| SONY BMG MUSIC ENTERTAINMENT | Willie Nelson | Seven Spanish Angels | Half Nelson | 79-710 |
| UMG Recordings, Inc. | Josh Turner | Long Black Train | Long Black Train | 344-336 |
| BMG Music | Kenny Chesney | There Goes My Life | When The Sun Goes Down | 341-104 |
| BMG Music | Martina McBride | A Broken Wing | Evolution | 240-332 |
| UMG Recordings, Inc. | Reba McEntire | Fancy | Rumor Has It | 121-401 |
| UMG Recordings, Inc. | Sugarland | Baby Girl | Baby Girl (single) | 360-650 |
| Arista Records LLC | Air Supply | All Out Of Love | Lost In Love | 38-070 |

# EXHIBIT A

**IP Address:** 72.128.80.72 2007-08-19 00:59:46 EDT          **CASE ID#** 139588896

**P2P Network:** AresWarez                                    **Total Audio Files:** 1333

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Coldplay | Speed Of Sound | X&Y | 376-828 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| BMG Music | Jamie Foxx | Get This Money | Unpredictable | 374-820 |
| UMG Recordings, Inc. | Common | Testify | Be | 377-106 |
| Capitol Records, Inc. | Coldplay | A Rush of Blood to the Head | A Rush of Blood to the Head | 322-958 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Truly Madly Deeply | Savage Garden | 299-097 |
| UMG Recordings, Inc. | Sugarland | Just Might (Make Me Believe) | Twice the Speed of Life | 364-758 |
| Virgin Records America, Inc. | Lenny Kravitz | Fly Away | 5 | 261-538 |

# EXHIBIT A

**IP Address:** 71.79.47.38 2007-08-19 10:26:09 EDT          **CASE ID#** 139602237

**P2P Network:** AresWarez          **Total Audio Files:** 907

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Wheatus | Teenage Dirtbag | Wheatus | 286-488 |
| UMG Recordings, Inc. | Nelly | Heart of a Champion | Sweat | 358-561 |
| UMG Recordings, Inc. | Young Jeezy | Standing Ovation | Let's Get It: Thug Motivation 101 | 375-159 |
| UMG Recordings, Inc. | Young Buck | Stomp | Straight Outta Ca$hville | 362-252 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| Warner Bros. Records Inc. | Rod Stewart | All For Love | If We Fall In Love Tonight | 229-785 |

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
| --- | --- |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION　　～ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** | |
| --- | --- | --- |
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>**PRIORITY RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | | DEFENDANT<br>**DOES 1 - 40** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| --- | --- | --- |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>　☐ Amendment　　☐ Answer　　☐ Cross Bill　　☐ Other Pleading | |
| --- | --- | --- |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order　⏐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes　☐ No | DATE RENDERED |
| --- | --- | --- |
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

**IP Address:** 74.79.105.140 2007-08-19 15:06:41 EDT

**CASE ID#** 139602740

**P2P Network:** AresWarez

**Total Audio Files:** 1040

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Foo Fighters | Times Like These | One By One | 325-862 |
| Elektra Entertainment Group Inc. | Eagles | Life in the Fast Lane | Hotel California | N38950 |
| Loud Records LLC | Mobb Deep | Quiet Storm | Murda Muzik | 293-229 |
| UMG Recordings, Inc. | Ludacris | She Said | Word of Mouf | 304-605 |
| Warner Bros. Records Inc. | Earshot | Wait | Two | 358-954 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| Atlantic Recording Corporation | Collective Soul | Gel | Collective Soul | 207-109 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| UMG Recordings, Inc. | Akon | Gangsta | Trouble | 361-456 |
| UMG Recordings, Inc. | Common | Be | Be | 377-106 |

# EXHIBIT A

**IP Address:** 71.72.20.191 2007-08-19 15:54:16 EDT    **CASE ID#** 139603306

**P2P Network:** AresWarez    **Total Audio Files:** 607

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Heavier Things | 371-126 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | Bon Jovi | Have A Nice Day | Have a Nice Day | 382-027 |
| Capitol Records, Inc. | Pink Floyd | Money | Dark Side Of The Moon | N5354 |
| UMG Recordings, Inc. | Aerosmith | Crazy | Get A Grip | 153-061 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| UMG Recordings, Inc. | Jimi Hendrix | Dolly Dagger | First Rays Of The New Rising Sun | 238-570 |
| Arista Records LLC | Kenny G | Summertime | Classics In The Key Of G | 289-898 |

## EXHIBIT A

**IP Address:** 67.49.51.130 2007-08-19 23:14:16 EDT                **CASE ID#** 139604754

**P2P Network:** Gnutella                                           **Total Audio Files:** 1163

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| UMG Recordings, Inc. | LL Cool J | I Need Love | Bigger And Deffer | 83-510 |
| UMG Recordings, Inc. | The Gap Band | Outstanding | Gap Band IV | 36-081 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | ...Til The Cops Come Knockin' | Maxwell's Urban Hang Suite | 221-404 |
| UMG Recordings, Inc. | Shyne | Shyne | Godfather Buried Alive | 363-006 |
| UMG Recordings, Inc. | Jay-Z | Hard Knock Life (Ghetto Anthem) | Hard Knock Life, Vol. 2 | 246-547 |
| UMG Recordings, Inc. | Mary J. Blige | Your Child | Mary | 268-503 |
| Arista Records LLC | Air Supply | All Out Of Love | Lost In Love | 38-070 |
| UMG Recordings, Inc. | Jay-Z | Song Cry | The Blueprint | 301-441 |

# EXHIBIT A

**IP Address:** 71.68.61.194 2007-08-19 23:51:02 EDT

**CASE ID#** 139604829

**P2P Network:** Gnutella

**Total Audio Files:** 378

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Keith Urban | Days Go By | Be Here | 353-271 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Long Way Down | A Boy Named Goo | 193-623 |
| Zomba Recording LLC | Ciara | Oh | Goodies | 355-316 |
| UMG Recordings, Inc. | Weezer | Buddy Holly | Weezer (Blue Album) | 187-644 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| BMG Music | Brad Paisley | When I Get Where I'm Going | Time Well Wasted | 366-007 |
| UMG Recordings, Inc. | DMX | No Love 4 Me | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| BMG Music | Keith Anderson | Pickin' Wildflowers | Three Chord Country And American Rock & Roll | 369-354 |

# EXHIBIT A

**IP Address:** 74.72.203.169 2007-08-20 23:10:42 EDT

**CASE ID#** 139677557

**P2P Network:** AresWarez

**Total Audio Files:** 205

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| UMG Recordings, Inc. | The Killers | Somebody Told Me | Hot Fuss | 355-962 |
| Atlantic Recording Corporation | Kevin Lyttle | Turn Me On | Kevin Lyttle | 368-171 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Seize The Day | City Of Evil | 374-368 |
| Warner Bros. Records Inc. | Linkin Park | Somewhere I Belong | Meteora | 346-247 |
| Priority Records LLC | Snoop Dogg | Beautiful | Paid Tha Cost To Be Da Bo$$ | 324-295 |
| Warner Bros. Records Inc. | My Chemical Romance | The Ghost Of You | Three Cheers for Sweet Revenge | 360-197 |
| UMG Recordings, Inc. | Papa Roach | Scars | Getting Away With Murder | 360-567 |

# EXHIBIT A

**IP Address:** 75.185.207.2 2007-08-22 00:17:02 EDT

**CASE ID#** 139795829

**P2P Network:** Gnutella

**Total Audio Files:** 258

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Bowling for Soup | Girl All the Bad Guys Want | Drunk Enough to Dance | 315-978 |
| Zomba Recording LLC | Britney Spears | Cinderella | Britney | 301-907 |
| BMG Music | Kenny Chesney | Back Where I Come From | Me And You | 188-603 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| BMG Music | Brooks & Dunn | Hillbilly Deluxe | Hillbilly Deluxe | 366-005 |
| BMG Music | Kenny Chesney | When the Sun Goes Down | When The Sun Goes Down | 341-104 |
| Lava Records LLC | Simple Plan | Addicted | No Pads, No Helmets…Just Balls | 351-060 |
| Warner Bros. Records Inc. | Faith Hill | One | Cry | 321-377 |
| UMG Recordings, Inc. | The All-American Rejects | Stab My Back | Move Along | 374-412 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |

# EXHIBIT A

**IP Address:** 74.75.179.214 2007-08-27 00:35:04 EDT            **CASE ID#** 140330827

**P2P Network:** Gnutella                                        **Total Audio Files:** 935

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Vanilla Ice | Ice Ice Baby | To The Extreme | 125-259 |
| Atlantic Recording Corporation | John Michael Montgomery | I Miss You A Little | What I Do The Best | 227-360 |
| UMG Recordings, Inc. | DMX | One More Road To Cross | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | Obie Trice | Hands on You | Cheers | 341-637 |
| Atlantic Recording Corporation | Rob Thomas | Lonely No More | Something to Be | 373-876 |
| UMG Recordings, Inc. | Nelly Furtado | Maneater | Loose | 387-509 |
| Lava Records LLC | Simple Plan | Untitled | Still Not Getting Any… | 375-167 |
| Warner Bros. Records Inc. | Faith Hill | Like We Never Loved At All | Fireflies | 374-377 |
| Zomba Recording LLC | J-Kwon | Tipsy | Hood Hop | 354-780 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |

**EXHIBIT A**

**IP Address:** 75.178.89.193 2007-08-27 22:15:11 EDT          **CASE ID#** 140416448

**P2P Network:** Gnutella          **Total Audio Files:** 2395

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Wallflowers | Sleepwalker | Breach | 214-646 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Stand By Me | Be Here Now | 243-629 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | My Stupid Mouth | Room for Squares | 305-049 |
| BMG Music | Eve 6 | Promise | Horrorscope | 285-024 |
| UMG Recordings, Inc. | Shania Twain | You've Got A Way | Come On Over | 243-502 |
| Warner Bros. Records Inc. | Disturbed | Stricken | Ten Thousand Fists | 380-289 |
| BMG Music | Kenny Chesney | I Go Back | When The Sun Goes Down | 341-104 |
| Warner Bros. Records Inc. | My Chemical Romance | Cemetery Drive | Three Cheers for Sweet Revenge | 360-197 |
| SONY BMG MUSIC ENTERTAINMENT | Our Lady Peace | Starseed | Naveed | 302-336 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ～ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>**PRIORITY RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | DEFENDANT<br>**DOES 1 - 40** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | | |
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order     ┆ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 -- Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

**IP Address:** 76.88.63.253 2007-08-28 01:21:57 EDT          **CASE ID#** 140428312

**P2P Network:** Gnutella          **Total Audio Files:** 667

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Cake | The Distance | Fashion Nugget | 309-566 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | The River | The River | 25-235 |
| SONY BMG MUSIC ENTERTAINMENT | Five for Fighting | 100 Years | The Battle for Everything | 339-757 |
| UMG Recordings, Inc. | Jimmy Buffett | Come Monday | Feeding Frenzy | 124-218 |
| Atlantic Recording Corporation | P.O.D. | Set It Off | Satellite | 303-757 |
| UMG Recordings, Inc. | Papa Roach | Getting Away With Murder | Getting Away With Murder | 360-567 |
| Interscope Records | Eminem | Without Me | Eminem Show | 317-924 |
| Elektra Entertainment Group Inc. | Staind | So Far Away | 14 Shades of Grey | 332-424 |
| UMG Recordings, Inc. | Nirvana | Smells Like Teen Spirit | Nevermind | 135-335 |

# EXHIBIT A

**IP Address:** 71.43.83.92 2007-08-28 16:52:53 EDT          **CASE ID#** 140505672

**P2P Network:** Gnutella          **Total Audio Files:** 748

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Dido | White Flag | Life for Rent | 340-392 |
| Elektra Entertainment Group Inc. | Eagles | Heartache Tonight | The Long Run | 13-182 |
| Arista Records LLC | Santana | Smooth | Supernatural | 289-833 |
| UMG Recordings, Inc. | Nelly | Over and Over | Suit | 358-551 |
| UMG Recordings, Inc. | Keane | We Might as Well Be Strangers | Hopes and Fears | 355-429 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Seize The Day | City Of Evil | 374-368 |
| Capitol Records, Inc. | Keith Urban | But for the Grace of God | Keith Urban | 273-265 |
| Elektra Entertainment Group Inc. | Jet | Look What You've Done | Get Born | 343-668 |
| SONY BMG MUSIC ENTERTAINMENT | Kansas | Dust In The Wind | Point Of Know Return | N46813 |
| Virgin Records America, Inc. | Lenny Kravitz | Lady | Baptism | 357-913 |

# EXHIBIT A

**IP Address:** 75.185.23.197 2007-08-28 22:13:37 EDT          **CASE ID#** 140527028

**P2P Network:** Gnutella          **Total Audio Files:** 736

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Sara Evans | A Real Fine Place to Start | Real Fine Place | 375-983 |
| Atlantic Recording Corporation | Brandy | Top of The World | Never Say Never | 256-701 |
| Warner Bros. Records Inc. | Mike Jones | Back Then | Who Is Mike Jones? | 374-374 |
| UMG Recordings, Inc. | Fall Out Boy | I Slept With Someone In Fall Out Boy And All I Got Was This Stupid Song | From Under The Cork Tree | 371-909 |
| UMG Recordings, Inc. | Blink-182 | Reckless Abandon | Take Off Your Pants And Jacket | 301-317 |
| SONY BMG MUSIC ENTERTAINMENT | Europe | The Final Countdown | The Final Countdown | 76-395 |
| UMG Recordings, Inc. | Jay-Z | 99 Problems | The Black Album | 337-758 |
| Capitol Records, Inc. | Trace Adkins | Honky Tonk Badonkadonk | Songs About Me | 361-541 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Zomba Recording LLC | Justin Timberlake | Like I Love You | Justified | 319-834 |

# EXHIBIT A

**IP Address:** 76.167.119.187 2007-08-29 01:08:38 EDT          **CASE ID#** 140538498

**P2P Network:** Gnutella                                        **Total Audio Files:** 288

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Warner Bros. Records Inc. | B-Movie | Nowhere Girl | Forever Running | 63-605 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| Capitol Records, Inc. | Blondie | Dreaming | Eat to the Beat | 12-739 |
| Virgin Records America, Inc. | Smashing Pumpkins | Perfect | Adore | 261-479 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Black | Ten | 137-787 |
| Capitol Records, Inc. | Billy Idol | Cradle of Love | Charmed Life | 115-717 |
| UMG Recordings, Inc. | Soft Cell | Sex Dwarf | Non-Stop Erotic Cabaret | 32-408 |
| Caroline Records, Inc. | Smashing Pumpkins | Daydream | Gish | 140-511 |
| Warner Bros. Records Inc. | Depeche Mode | It's No Good | Ultra | 235-024 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |

## EXHIBIT A

**IP Address:** 76.86.63.150 2007-08-29 02:37:17 EDT          **CASE ID#** 140547789

**P2P Network:** Gnutella          **Total Audio Files:** 1408

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | B2K | Everything | Pandemonium | 322-761 |
| UMG Recordings, Inc. | The Pussycat Dolls | Beep | PCD | 377-102 |
| Virgin Records America, Inc. | Janet Jackson | Rain | Janet | 174-392 |
| Motown Record Company, L.P. | 702 | Where My Girls At | 702 | 279-470 |
| UMG Recordings, Inc. | Avant | Don't Take Your Love Away | Private Room | 339-561 |
| UMG Recordings, Inc. | Brian McKnight | Love Of My Life | Superhero | 301-470 |
| Warner Bros. Records Inc. | Green Day | Boulevard Of Broken Dreams | American Idiot | 362-125 |
| UMG Recordings, Inc. | Black Eyed Peas | Pump It | Monkey Business | 378-166 |

# EXHIBIT A

**IP Address:** 70.124.18.46 2007-08-29 04:24:56 EDT

**CASE ID#** 140553336

**P2P Network:** Gnutella

**Total Audio Files:** 1781

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Fonovisa, Inc. | Los Rieleros Del Norte | Falsa Traicionera | Prieta Orgullosa | 291-391 |
| Fonovisa, Inc. | La Mafia | Me Estoy Enamorando | Inconfundible | 303-888 |
| BMG Music | Kenny Chesney | I Go Back | When The Sun Goes Down | 341-104 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | B.Y.O.B. | Mezmerize | 372-792 |
| UMG Recordings, Inc. | Black Eyed Peas | Don't Phunk With My Heart | Monkey Business | 378-166 |
| UMG Recordings, Inc. | Chamillionaire | Turn it Up | The Sound of Revenge | 381-901 |
| Arista Records LLC | Santana | Corazon Espinado | Supernatural | 289-833 |
| Fonovisa, Inc. | Los Rieleros Del Norte | Nomas El Pilar Quedo | Los Mejores Exitos | 305-357 |

# EXHIBIT A

**IP Address:** 72.183.199.193 2007-08-29 07:03:42 EDT

**P2P Network:** Gnutella

**CASE ID#** 140564546

**Total Audio Files:** 850

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Brad Paisley | Mud on the Tires | Mud on the Tires | 336-114 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| Virgin Records America, Inc. | The Rolling Stones | Beast Of Burden | Some Girls | 1-522 |
| Warner Bros. Records Inc. | Mike Jones | Back Then | Who Is Mike Jones? | 374-374 |
| Warner Bros. Records Inc. | Chicago | Forever | Chicago 18 | 71-925 |
| BMG Music | Brooks & Dunn | Building Bridges | Hillbilly Deluxe | 366-005 |
| UMG Recordings, Inc. | Lifehouse | Undone | Lifehouse | 370-643 |
| Atlantic Recording Corporation | Matchbox 20 | Real World | Yourself or Someone Like You | 227-755 |
| UMG Recordings, Inc. | Lynyrd Skynyrd | Simple Man | Pronounced Leh'-nerd Skin'-nerd | N8871 |

# EXHIBIT A

**IP Address:** 69.132.14.253 2007-08-29 13:36:27 EDT          **CASE ID#** 140593895

**P2P Network:** Gnutella          **Total Audio Files:** 645

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Mary J. Blige | Get To Know You Better | Share My World | 238-818 |
| Capitol Records, Inc. | Maze | Southern Girl | Joy and Pain | 20-598 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| Motown Record Company, L.P. | Boyz II Men | Please Don't Go | Cooleyhighharmony | 212-333 |
| UMG Recordings, Inc. | Brian McKnight | Anytime | Anytime | 242-274 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>PRIORITY RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 40 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | <u>See</u> Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |  |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

# EXHIBIT A

**IP Address:** 76.183.122.88 2007-08-30 18:41:52 EDT          **CASE ID#** 140721902

**P2P Network:** Gnutella                                      **Total Audio Files:** 463

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Gwen Stefani | Hollaback Girl | Love.Angel.Music.Baby. | 364-759 |
| Capitol Records, Inc. | Keith Urban | Days Go By | Be Here | 353-271 |
| Warner Bros. Records Inc. | Rod Stewart | Forever Young | Out Of Order | 92-430 |
| Warner Bros. Records Inc. | Faith Hill | Breathe | Breathe | 276-629 |
| Warner Bros. Records Inc. | Faith Hill | Lucky One | Fireflies | 374-377 |
| UMG Recordings, Inc. | Ludacris | Stand Up | Chicken-N-Beer | 347-129 |
| BMG Music | Brad Paisley | Little Moments | Mud on the Tires | 336-114 |
| Warner Bros. Records Inc. | Faith Hill | Me | Faith | 253-752 |
| Warner Bros. Records Inc. | Faith Hill | Piece Of My Heart | Take Me As I Am | 182-853 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |

# EXHIBIT A

**IP Address:** 24.24.89.170 2007-08-30 18:51:21 EDT          **CASE ID#** 140724656

**P2P Network:** Gnutella                                      **Total Audio Files:** 513

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Gin Blossoms | Hey Jealousy | New Miserable Experience | 147-035 |
| Arista Records LLC | Thompson Twins | Hold Me Now | Into the Gap | 52-747 |
| Elektra Entertainment Group Inc. | Better than Ezra | Good | Deluxe | 175-924 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| Atlantic Recording Corporation | Rob Thomas | Lonely No More | Something to Be | 373-876 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| Zomba Recording LLC | Usher | Caught Up | Confessions | 354-784 |
| SONY BMG MUSIC ENTERTAINMENT | Anna Nalick | Breathe (2AM) | Wreck Of The Day | 372-028 |
| SONY BMG MUSIC ENTERTAINMENT | Switchfoot | Dare You to Move | The Beautiful Letdown | 347-967 |

# EXHIBIT A

**IP Address:** 76.188.27.68 2007-09-01 01:30:16 EDT          **CASE ID#** 140835668

**P2P Network:** Gnutella          **Total Audio Files:** 591

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Alan Jackson | It's Five O'Clock Somewhere | Greatest Hits Volume II | 340-026 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Thuggish Ruggish Bone | Creepin On Ah Come Up | 223-608 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| Warner Bros. Records Inc. | Boney James & Rick Braun | Grazin' In The Grass | Shake It Up | 281-990 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| Capitol Records, Inc. | Trace Adkins | Honky Tonk Badonkadonk | Songs About Me | 361-541 |

# EXHIBIT A

**IP Address:** 71.74.114.80 2007-09-01 01:50:18 EDT          **CASE ID#** 140837396

**P2P Network:** Gnutella          **Total Audio Files:** 247

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Justin Timberlake | Cry Me a River | Justified | 319-834 |
| UMG Recordings, Inc. | The Killers | Andy, You're a Star | Hot Fuss | 355-962 |
| Warner Bros. Records Inc. | Green Day | Holiday | American Idiot | 362-125 |
| UMG Recordings, Inc. | Jay-Z | Song Cry | The Blueprint | 301-441 |
| Atlantic Recording Corporation | Craig David | 7 Days | Born To Do It | 303-747 |
| UMG Recordings, Inc. | Rihanna | We Ride | A Girl Like Me | 387-137 |
| Atlantic Recording Corporation | T.I. | ASAP | Urban Legend | 367-100 |
| Loud Records LLC | Mobb Deep | Quiet Storm | Murda Muzik | 293-229 |

# EXHIBIT A

**IP Address:** 75.179.177.67 2007-09-01 17:13:03 EDT          **CASE ID#** 140886697

**P2P Network:** Gnutella          **Total Audio Files:** 501

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Crossfade | Colors | Crossfade | 354-126 |
| UMG Recordings, Inc. | Rihanna | We Ride | A Girl Like Me | 387-137 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Is It a Crime | Promise | 71-848 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Paradise | Stronger Than Pride | 93-822 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Whenever Wherever Whatever | Maxwell's Urban Hang Suite | 221-404 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Iris | Dizzy Up the Girl | 246-538 |
| UMG Recordings, Inc. | Ghostface | Ghostface | The Pretty Toney Album | 353-392 |

# EXHIBIT A

**IP Address:** 24.165.140.112 2007-09-02 08:43:51 EDT          **CASE ID#** 140947085

**P2P Network:** Gnutella          **Total Audio Files:** 268

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Clint Black | Like The Rain | Greatest Hits | 227-957 |
| Interscope Records | Eminem | Sing for the Moment | Eminem Show | 317-924 |
| Warner Bros. Records Inc. | Linkin Park | Crawling | Hybrid Theory | 288-402 |
| Arista Records LLC | Brooks & Dunn | My Next Broken Heart | Brand New Man | 140-290 |
| UMG Recordings, Inc. | Vince Gill | I Still Believe in You | I Still Believe In You | 146-175 |
| UMG Recordings, Inc. | Scissor Sisters | Mary | Scissor Sisters | 355-220 |
| BMG Music | Kenny Chesney | She's Got It All | I Will Stand | 238-371 |

# EXHIBIT A

**IP Address:** 70.123.212.189 2007-09-03 15:26:10 EDT          **CASE ID#** 141060905

**P2P Network:** Gnutella          **Total Audio Files:** 568

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Los Lonely Boys | Heaven | Los Lonely Boys | 352-465 |
| Capitol Records, Inc. | OK Go | No Sign Of Life | Oh No | 377-392 |
| UMG Recordings, Inc. | The Bravery | Out Of Line | The Bravery | 370-151 |
| Capitol Records, Inc. | OK Go | Get Over It | Ok Go | 322-969 |
| UMG Recordings, Inc. | Beastie Boys | Brass Monkey | Licensed To Ill | 79-470 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| Arista Records LLC | Pink | God Is a DJ | Try This | 345-431 |
| Atlantic Recording Corporation | Sugar Ray | Fly | Floored | 208-769 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Seize The Day | City Of Evil | 374-368 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |

## EXHIBIT A

**IP Address:** 24.208.192.182 2007-09-03 15:23:05 EDT      **CASE ID#** 141061860

**P2P Network:** Gnutella      **Total Audio Files:** 782

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Aerosmith | Angel | Permanent Vacation | 85-369 |
| Warner Bros. Records Inc. | Green Day | Boulevard Of Broken Dreams | American Idiot | 362-125 |
| UMG Recordings, Inc. | Mya | You | Moodring | 338-694 |
| UMG Recordings, Inc. | Shania Twain | I'm Jealous | Up! | 326-255 |
| Atlantic Recording Corporation | Pretty Ricky | Playhouse | Bluestars | 376-229 |
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| Priority Records LLC | Snoop Dogg | Beautiful | Paid Tha Cost To Be Da Bo$$ | 324-295 |
| UMG Recordings, Inc. | Hinder | Lips of an Angel | Extreme Behavior | 379-192 |
| Elektra Entertainment Group Inc. | Keith Sweat | Twisted | Keith Sweat | 226-496 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>PRIORITY RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 40 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |   |   |
|---|---|---|---|
| | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.