UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PRIORITY RECORDS LLC, et al. | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO. 1:07-cv-08418-PAC |
| V. | : | |
| | : | |
| DOES, | : | |
| | : | |
| Defendant. | : | JANUARY 11, 2008 |

## APPEARANCE

TO THE CLERK OF THIS COURT AND PARTIES OF RECORD:

Enter my appearance as counsel in this case for Plaintiffs.

I certify that I am admitted to practice in this court.

Dated: January 11, 2008
                                                                       s/ Victor B. Kao
                                                   Victor B. Kao (VK-6967)
                                                   ROBINSON & COLE LLP
                                                   885 Third Avenue - Suite 2800
                                                   New York, NY 10022 -4834
                                                   Tel. No.: (212) 451-2900
                                                   Fax No.: (212) 451-2999
                                                   E-mail: vkao@rc.com
                                                   *Attorneys for Plaintiffs*

STAM1-821733-1