Judge Paul Crotty
U.S. District Court
Southern District
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
ProSe Office
500 Pearl St., Room 230
New York, NY 10007

December 3, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-07
```

Re: Priority Records, LLC
    Case No.:07-cv8418

Dear Judge Crotty:

   On December 1, 2007 I received a copy of a subpoena in the above referenced matter. Time Warner informed me by cover letter dated November 29, 2007 that I needed to immediately object to the subpoena for the release of my personal and confidential information.
   Please be advised that I strenuously object to the information requested in the subpoena. There is no basis for this information to be released. I do not use the computer and I do not know what this is all about.
   In addition the subpoena was due on November 12, 2007 yet I was not given an opportunity to object or otherwise move with respect to the subpoena until the cover letter from Time Warner dated November 29, 2007.
   If there is anything else required, please advise me of same.
   Thank you for your kind consideration.

Very Truly Yours,

Foster Woodcock

CC:-Robinson & Cole LLP
    885 Third Avenue, 28th Floor
    New York, NY 10022

CC: - Time Warner Cable
    290 Harbor Drive
    Stamford, CT 06902

ROBINSON & COLE LLP
RECD 7 DEC '07 PM 1:45