# ROBINSON & COLE LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 4 2008

VICTOR B. KAO

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
vkao@rc.com
Direct (212) 451-2912

*Via Electronic Mail to Chambers*

January 24, 2008

Hon. Paul A. Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

Re: **Priority Records LLC et al. v. Does, 1:07-cv-8418**

Dear Judge Crotty:

We represent plaintiffs in the above-referenced action and write this letter to explain our absence at the conference that had been scheduled for January 23, 2008. Due to the scheduling and adjournment of multiple court appearances set for January 23 and 24, there was a clerical error in our calendar as to the correct date for this conference. We apologize for any confusion or inconvenience this error has caused.

Mr. Ovalles has notified us that another conference addressing Mr. Woodcock's objections to Plaintiffs' subpoena could be held on February 5, 2008 at 4:00 p.m. We respectfully request that the conference be rescheduled to February 5, 2008 at 4:00 p.m.

Sincerely,

Victor B. Rao/ccf

Victor B. Kao

cc: Mr. Marlon Ovalles, Courtroom Deputy (via electronic mail)
    Mr. Foster Woodcock

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 2/5/08 at 4:15 PM in Courtroom 20-C.

Counsel is directed to advise Mr. Woodcock of the conference on February 5, 2008 at 4:15 PM. Any objections he may have will be considered at that time. He should be advised that if he fails to appear the subpoena will be enforced as written.

SO ORDERED:

Paul Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA

www.rc.com

STAM1-852884-1