UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; CAROLINE RECORDS, INC., a New York corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; FONOVISA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; LAVA RECORDS LLC, a Delaware limited liability company; LOUD RECORDS LLC, a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company, | Civil Action No.: 1:07-cv-08418-PAC |
| Plaintiffs, | |
| -against- | |
| DOES 1 - 40, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

#1307555 v1

2

PLEASE TAKE NOTICE that the undersigned appears as co-counsel for Plaintiffs herein.

Dated: Denver, Colorado
January 30, 2008

By: /s/ Patrick Train-Gutiérrez
HOLME ROBERTS & OWEN LLP
Patrick Train-Gutiérrez (PT-1015)
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
Telephone: (303) 861-7000
Fax: (303) 866-0200

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Patrick Train-Gutiérrez, being a member of the Bar of this Court, certify that on January 30, 2008, I caused a true copy of the foregoing *Notice of Appearance* to be served on Defendant by U.S. mail, postage prepaid, at the following address:

Foster Woodcock
912 West Mountain Road
Queensbury, NY 12804-8122

Dated: Denver, Colorado
January 30, 2008

s/ Patrick Train-Gutiérrez

#1307555 v1